# EXHIBIT C TO PETITION TO COMPEL ARBITRATION IS THE NEXT TWO PAGES

# The College Network, Inc.

CORPORATE OFFICE
3815 River Crossing Parkway, Suite 200
Indianapolis, Indiana 46240
(800)-70-LEARN (53278)
1-888-874-7772 (FAX)
www.college-net.com

**PURCHASE AGREEMENT**
*(Please print)*

742

**NAME/BUYER:** ReVA Kelly

**STREET/ADDRESS:** 621 Ogden

**CITY:** Toledo **STATE:** OH **ZIP:** 43609

**PROFESSIONAL ASSOCIATIONS:**

**SOCIAL SECURITY NO.:** 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

**PLACE OF EMPLOYMENT:** UTMC

**NAME OF CORPORATE HEADQUARTERS:** UTMC

**POSITION/TITLE:** Lead Medical Assistant

**HOME:** (419) 382-9606 **CELL:** ( )

**WORK:** ( )

**FAX:** ( )

**HOME E-MAIL:** RJKelly35@aol. **NAME OF SPOUSE:** **WORK E-MAIL:**

**BEST TIME TO CALL (CIRCLE):** MORNING/AFTERNOON/(EVENING) ( HOME PHONE/WORK PHONE/CELL PHONE )

SE

| ASN | BAT | BIS | BSN | CAM | CCE | ASU | BU | (EXC) | GWU | IND |
| EMS | HCA | HCM | HIM | LDP | | ISU | REG | | | |
| LGS | MGT | MHR | MKM | PJM | | Oer: | | (Decision) | | |
| RCP | RNH | RPT | SDT | SMT | | | | | | |

---

This Purchase Agreement (Agreement) is for your purchase of educational services including the Comprehensive Learning Modules (CLMs) indicated below.

ISIS

**Nursing Curriculum**

- X Essntls. of Nursing Care: Health Safety
- Essntls. of Nursing Care: Health Differences
- X Essntls. of Nursing Care: Chronicity
- X Essntls. of Nursing Care: Reproductive Health
- X Health Differences Across the Lifespan 1
- X Health Differences Across the Lifespan 2
- X Health Differences Across the Lifespan 3
- X Transition to the Registered Nurse Role

- Community Focused Nursing (B)
- Research in Nursing (B)
- Management in Nursing (B)

**General Ed./Elective Curriculum**

- Abnormal Psych.
- American Gov.
- American Hist. I
- American Hist. II

- American Literature
- Analysis/Interp. of Lit.
- Anatomy & Physiology
- Art/Western World
- Business Law I
- Business Law II
- Business Math
- Chemistry
- College Algebra
- Educational Psych.
- English Comp. w/Essay (Excelsior Exam)
- Ethics
- Financial Accounting
- Freshman College Comp. (CLEP exam)
- General Biology

- Geology
- Gerontology
- Human Resource Mgmt.
- Info. Sys./Computer App.
- Intro. to Computing
- Intro. to Health
- Intro. to World Religions
- Labor Relations
- Life Span Dev. Psych.
- Macroeconomics
- Microbiology
- Microeconomics
- Money and Banking
- Natural Sciences

- Organizational Behavior
- Pathophysiology
- Prin. of Finance
- Prin. of Management
- Prin. of Marketing
- Prin. of Physical Science
- Prin. of Public Speaking
- Prin. of Supervision
- Psychology
- X Sociology
- Statistics
- Technical Writing
- Western Civ. I
- Western Civ. II

Sample Received in Field: SOC
Academic Guidance Planner Received: X Yes ___ No
Include Exam Fees in Purchase: X Yes ___ No

Based on information provided by Buyer, the above indicated CLMs will be necessary to complete Buyer's academic requirements. If, after completing Buyer's course analysis, it is determined that not all of the initial CLMs are required, The College Network, Inc. (TCN) shall, as applicable, refund to, credit back, or adjust financing provided in accordance with the amounts relating to the CLMs determined to be unnecessary. If, after completing Buyer's course analysis, it is determined that additional CLMs are required, Buyer agrees to pay on demand for up to two (2) additional CLMs, including exam fees if financed, or, if Buyer purchased the initial CLMs and exam fees with financing, the financing provided Buyer will be adjusted upward for the costs. In addition, in the event Buyer fails to fully pay the required down payment or any other payment amount due TCN or if any check, credit card, or other payment method is returned or refused, the financed amount may be adjusted upward to include such payment. Buyer acknowledges that if additional CLMs are required or if the down payment or any other payment amount is not received by TCN, and the financing is accordingly adjusted, Buyer's monthly payments, finance charges and total payments will increase to reflect the new amount financed. TCN shall notify Buyer in writing of any increase or decrease in the amount financed or change in payment, provided, however, such notice shall not be a prerequisite or requirement to Buyer's obligations under any note or obligation relating hereto. ACH

The purchase price for my program of 10 CLMs (including NCLEX® and ePatient if checked above), associated educational services $ 4950 , and/or exam fees if included in purchase is $ 1775 , for a total purchase price of $ 6725 as shown on the Program Pricing Summary Worksheet, which is incorporated herein by reference as Attachment I. $300 -495
PA wrote CK3

OCT 2 2 2009

You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached notice of cancellation form contained in the packet of information for an explanation of this right.

I acknowledge that I have read, fully understand, and agree to the terms on both sides of this Agreement and the Attachment I - Program Pricing Summary Worksheet which is an intergral part of the Agreement.

**Signature of Buyer** _____ **Date:** 10-18-09 **Signature of Authorized Representative** _____ **#** 50083

C
SOC

Ship—Home Office   Canary—Home Office   Pink—Customer Copy   Goldenrod—Customer Copy

TCN-PUR-301 07/23/09

## THE COLLEGE NETWORK, IN  (TCN) IS AN EDUCATIONAL SERVI  S COMPANY, NOT A SCHOOL

TCN is not part of any college or university; therefore, it cannot grant credit, award a degree or certification. TCN specializes in the research, development, and distribution of reference materials and learning materials that will help me prepare for standardized end-of-course college-equivalency examinations that are accepted for credit by various colleges and universities.

## CUSTOMER ACKNOWLEDGEMENT

I acknowledge that I am purchasing educational services including Comprehensive Learning Modules (CLMs) supplied by TCN with the following understanding: Several colleges and universities offer external degree programs that lead to an associate's or bachelor's degree. To be eligible for a college degree, I must enroll in a college or university and meet its requirements for graduation. Credits may be earned by successfully challenging standardized end-of-course college equivalency examinations. I understand that my academic plan is based upon the best available information at the time of purchase. I understand that TCN is not responsible for changes to state board of nursing or other regulatory requirements, nor is it responsible for the approval of various programs by any boards or agencies.

## RELEASE OF TRANSCRIPTS

Generally, schools must have written permission from the parent or eligible student in order to release any information from a student's education record. I understand and authorize TCN to release my official transcripts to the university or college which I plan to attend (where applicable). The release of these official transcripts will not be shared with any third party outside of the designated "partners in education" with which TCN currently works.

## TRANSFER CREDITS

I understand that each college or university has its own transfer-of-credit policy and that TCN's course analysis is unofficial. I agree to cooperate with TCN by providing whatever assistance is necessary to help them obtain a copy of my previous college or university grades and transcript(s). I understand that should I have course work from a country outside of the United States, I must have an international evaluation completed at my own expense prior to my course work being evaluated by TCN.

## TESTING SERVICES (if applicable)

Prior to contacting Academic Support to request my exam fee I understand that in order to best prepare myself to take my CLEP*; DSST*, or Excelsior College* Examinations that I take full advantage of the most up-to-date online practice exams contained in the TCN Resource Center. I also understand that each exam fee that I finance can only be used once for that specific college equivalency exam and if I fail after the first attempt I am responsible for paying for the second attempt. If I am unsuccessful after the second attempt then the guarantee, as outlined in this Agreement, will apply. In addition, to be eligible for my exam fee (except for the first one) I must provide TCN with a receipt clearly showing that I used my prior exam fee to take the appropriate exam.

## GUARANTEE

TCN agrees to provide to Buyer, if current in Buyer's obligations, the following support for its CLM(s) purchased, as long as Buyer has taken at least one of the tests related to the CLM(s) purchased every twelve months from purchase date forward: Free updated versions of the CLM(s) and assistance in obtaining information and identifying test site locations. If I have not passed the CLEP*, DSST*, or Excelsior College* Examinations for a particular TCN CLM after two attempts, TCN will pay the future cost of re-taking the exam in question, up to the maximum attempts allowed (if any) by CLEP, DSST, or Excelsior College. TCN will provide me with specific study plans with one of its Academic Advisors and/or the use of an approved tutor in my local area. Approval and assignment of an approved tutor is solely at the discretion of TCN. If I had checked YES to include exam fees in my purchase, I understand that TCN will pay the cost of the first exam for each subject purchased. If I fail an exam, I am responsible to pay the cost to take the exam the second time, after which the TCN guarantee will cover any subsequent exam fees.

## OTHER FEES AND CREDIT REQUESTS

TCN cannot be held responsible for fee increases by any college, university, or testing body, including examination fees, clinical fees, and/or associated expenses. I understand that any additional financing requests that I make concerning clinical fees, enrollment fees, graduation fee, etc., will be approved or denied at the sole discretion of the lender. For exam fees, the above statement applies, unless I checked YES to include exam fees in my purchase, whereby TCN will pay the first exam fee for each CLM subject, regardless of any price increase in such exam fee. Copy of prior exam scores and proof of payment must be submitted before additional exam fees are paid.

## SHARED USE PROHIBITED

TCN agrees to provide its CLM(s), related products and services for my sole use and benefit. I agree that the teaching methods and methodologies contained in TCN CLM(s), related products and services are confidential and/or proprietary to TCN, and I will not sell, transfer, or assign to any other person, or allow any other person to use, any TCN CLM(s), related products and services.

## GOVERNING LAW AND DISPUTE RESOLUTION

Any and all disputes, claims, or controversies (Claims) arising from, out of, or relating to this Agreement, or the relationships between Buyer and TCN which result from this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, shall be determined, confidentially, by binding arbitration in Marion County, Indiana, before one neutral arbitrator selected by TCN, and with the consent of Buyer (and no other person); provided, however, that either party may assert an action in small claims court. Any arbitration or small claims action (including any appeal if allowed) shall be conducted between Buyer and TCN only (and only in Buyer's individual capacity), and shall not resolve, seek to resolve, nor purport to resolve any disputes, claims, or controversies of any person other than Buyer and TCN. This agreement to arbitrate shall not preclude either Buyer or TCN from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction.

This Agreement shall, notwithstanding any conflicts of laws, be governed by the laws of Buyer's State of residence when executed by Buyer, and any applicable federal laws. However, Buyer and TCN agree and understand that their decision and agreement to arbitrate shall be governed by the Federal Arbitration Act, 9 U.S.C. § 1, et. seq. The arbitration proceeding may be conducted telephonically or videographically. Any demand for arbitration must be served on the other party (and any small claims action must be filed) within one (1) year of the date any Claims accrue. TCN shall notify Buyer of the arbitrator selected (for Buyer's consent) within 30 days. The arbitrator will adhere to the terms of this arbitration agreement. If TCN and Buyer do not agree otherwise, the rules for the conduct of the arbitration shall be determined by the arbitrator. Judgment may be entered in the award in any court having jurisdiction.

Buyer shall be required to advance no more than $250 for the arbitration filing fee and arbitrator's fee. However, the arbitrator may, in the award, allocate all or part of the costs of the arbitration, including fees of the arbitrator and the reasonable attorneys' fees of the prevailing party.

## SEVERABILITY

If any provision of this Agreement is declared to be invalid or unenforceable, the remaining provisions will remain in full force and effect.

## ENTIRE AGREEMENT

This Agreement (and any separately executed Addendum or attachments) sets forth the entire agreement and understanding of the parties relating to the subject matter contained herein and merges all prior discussions, representations and agreements between them, whether oral or written. No party shall be bound by any subsequent discussion, representation or agreement pertaining to the subject matter contained herein unless expressed in writing and signed by the party to be bound thereby.